UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
R.A. LEBRON, ESQ.
BC1966
bankruptcy@feinsuch.com

**Order Filed on November 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SHERRI L. STITES

 Debtor(s).

Case No.:  16-34227 ABA

Chapter:  13

Hearing Date:  October 27, 2020

Judge:  HONORABLE ANDREW B. ALTENBURG, JR.

Recommended Local Form:  ☐ Followed  ☒ Modified

ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: November 5, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| Applicant: | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| --- | --- |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtor's Counsel: | ANDREW B. FINBERG, ESQ. |
| Property Involved (Collateral") | 1119 PEDERSON BLVD ATCO, NJ 08004 |

Relief sought:

☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☒  The Debtor is overdue for 10 months, from December 25, 2019 to September 25, 2020.

☒  The Debtor is overdue for 10 payments at $284.81 per month.

☐  The Debtor is assessed for N/A late charges at N/A per month.

☐  Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

Total Arrearages Due $2,848.10.

2. Debtor must cure all post-petition arrearages, as follows:

☒  Immediate payment shall be made in the amount of $284.81. Payment shall be made no later than October 27, 2020.

☒  Beginning on October 25, 2020, regular monthly mortgage payments shall continue to be made in the amount of $284.81.

☒  Beginning on November 1, 2020 through March 1, 2021, additional monthly cure payments shall be made in the amount of $427.21 and one additional monthly cure payment shall be made in the amount of $427.24 for April 1, 2021.

☐   The amount of $N/A shall be capitalized in the
Debtor's Chapter 13 plan. The Debtor's monthly payment
to the Chapter 13 Trustee is modified to be
$_____ per month.

3. Payments to the Secured Creditor shall be made to the
following address(es):

☒   Immediate payment:

JPMorgan Chase Bank, N.A.
Attn: Bankruptcy Department
3415 Vision Drive
OH4-7133
Columbus, OH 43219

☒   Regular monthly payment:

JPMorgan Chase Bank, N.A.
Attn: Bankruptcy Department
3415 Vision Drive
OH4-7133
Columbus, OH 43219

☒   Monthly cure payment:

JPMorgan Chase Bank, N.A.
Attn: Bankruptcy Department
3415 Vision Drive
OH4-7133
Columbus, OH 43219

4. In the event of Default:

☒   If the Debtor fails to make the immediate payment
specified above or fails to make any regular monthly
payment or the additional monthly cure payment within
thirty (30) days of the date the payments are due, then
the Secured Creditor may obtain an Order Vacating the
Automatic Stay as to the Collateral by filing, with the
Bankruptcy Court, a Certification specifying the
Debtor's failure to comply with this Order. At the time
the Certification is filed with the court, a copy of
the Certification shall be sent to the Chapter 13
Trustee, the Debtor, and the Debtor's attorney.

☐   If the bankruptcy case is dismissed, or if the
automatic stay is vacated, the filing of a new
bankruptcy case will not act to impose the automatic
stay against the Secured Creditor's opportunity to
proceed against its Collateral without further Order of
the Court.

5.        Award of Attorneys' Fees:

          ☐   The Applicant is awarded attorneys fees of $N/A,
          and costs of $N/A.

          The fees and costs are payable:

          ☐   through the Chapter 13 plan.

          ☐   to the Secured Creditor within _____  days.

          ☒   Attorneys' fees are not awarded.


6.        Upon dismissal, discharge, chapter conversion, or
          relief from stay, the foregoing terms and conditions
          shall cease to be binding, payments will be due
          pursuant to the terms of the original loan agreement
          and Movant may proceed to enforce its remedies under
          applicable non-bankruptcy law against the Real Property
          and/or against the Debtors.